JOHN REIMER, APPELLEE, V. EMIL ENGDAHL ET AL., APPELLANTS.

FILED OCTOBER 17, 1930. No. 27171.

*W. A. Meserve, P. H. Peterson* and *Fred S. Berry,* for appellants.

*M. F. Harrington, George M. Harrington* and *J. F. Green, contra.*

Heard before ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and LESLIE, District Judge.

PER CURIAM.

Plaintiff brought this action in the district court for

Knox county to recover damages for alleged fraud in the sale of certain bank stock. From a verdict and judgment in favor of plaintiff the defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.